# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| POWERWAVE TECHNOLOGIES, INC. ) | Case No. 13-10134 (MFW) |
| ) | |
| Debtor. ) | |
| ) | RE: D.I. 172 & 270 |

## ORDER GRANTING MOTION OF OCEUS NETWORKS INC. TO COMPEL DEBTOR TO ASSUME OR REJECT CONTRACT AND FOR RELIEF FROM STAY TO RETAIN CERTAIN PAYMENTS UNTIL RECOUPMENT AND/OR SETOFF DETERMINATION

Upon consideration of the motion (the "Motion")[1/] of Oceus Networks Inc. ("Oceus"), for entry of an order pursuant to 105(d)(2)(A), 362(d) and 365(d)(2) of title 11 of the United States Code (the "Bankruptcy Code"), compelling debtor to assume or reject contract and granting relief from stay to retain certain payments until recoupment and/or setoff determination; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors and other parties-in-interest; and notice of the Motion having been given that is due and adequate under the circumstances; and after due deliberation thereon, and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Debtor shall reject the Contract or seek to assume it prior to 2:00 p.m. (ET) on Thursday, March 21, 2013. To the extent Debtor fails to seek to assume the Contract as of such date and time, the Contract shall be deemed to be rejected without further order of the Court.

---

[1/] All capitalized terms not defined herein shall be defined as in the Motion.

1

3. To the extent Debtor seeks to assume the Contract, that matter will be heard at the hearing on March 21, 2013, and all rights of Oceus to object to assumption (or any proposed assignment), including without limitation to proposed cure amounts, adequate assurance of future performance, or the assignability of the contract, are expressly preserved.

4. The automatic stay imposed by virtue of Section 362 of the Bankruptcy Code is hereby vacated and modified insofar as necessary to permit Oceus to retain amounts which may be due the Debtor until further order by this Court.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 18, 2013
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

7052943