IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| POWERWAVE TECHNOLOGIES, INC.,[1] | ) Case No. 13-10134 (MFW) |
| | ) |
| Debtor. | ) Re: Docket No. 542 ✓ 593 |
| | ) |

## ORDER CONVERTING CASE TO CHAPTER 7

Upon consideration of the Motion[2] of the Debtor seeking an order converting the Debtor's chapter 11 case to one under chapter 7; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Debtor's chapter 11 case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest and that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **ORDERED**;

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code section 1112, the Chapter 11 Case is hereby converted to a case under chapter 7, effective as of 12:01 a.m. on the day after entry of this Order.

---

[1] The last four digits of the Debtor's federal tax identification number are 3423.

[2] Each capitalized term not otherwise defined herein shall have the meaning ascribed thereto in the Motion.

36987301v1
PAC 1109756v.2

3. This Order and all orders entered in the Debtor's Chapter 11 Cases shall survive the conversion of the Chapter 11 Case and shall be binding on all parties in interest, including the chapter 7 trustee.

4. The Debtor shall:

   a. forthwith turn over to the chapter 7 trustee all records and property of the estate under its custody and control as required by Federal Rule of Bankruptcy Procedure ("Bankruptcy Rules") 1019(4);

   b. within fifteen (15) days of the date of this Order, file a schedule of unpaid debts incurred after commencement of the superseded case including the name and address of each creditor, as required by Bankruptcy Rule 1019(5);

   c. within fifteen (15) days of the date of this Order, file the statements and schedules required by Bankruptcy Rule 1019(1)(A) and 1007(b), if such documents have not already been filed;

   d. within thirty (30) days of the date of this Order, file and transmit to the Office of the United States Trustee a final report and account as required by Bankruptcy Rule 1019(5)(A).

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: June 11, 2013
Wilmington, Delaware

Mary F. Walrath
United States Bankruptcy Judge

2

36987301v1
PAC 1109756v.2