# UNITED STATES BANKRUPTCY COURT
## District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

| | | |
|---|---|---|
| **In Re:**<br>Powerwave Technologies, Inc.<br>1801 E. St. Andrew Place<br>Santa Ana, CA 92705<br>**EIN:** 11−2723423 | **Chapter:** | 7 |
| a/k/a: | **Case No.:** | 13−10134−MFW |

## NOTICE OF CONVERSION OF CHAPTER 11 TO CHAPTER 7

**NOTICE IS HEREBY GIVEN** that on 6/11/13 the chapter 11 petition filed by the above−named debtor(s) converted to a chapter 7 petition. If you have previously filed a request for allowance and/or payment of an administrative expense, that request will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim(s) will be scheduled for a hearing. You will receive further notification regarding the scheduling of Meeting of Creditors and the filing of claims. You do not need to file another proof of claim if you previously filed one.

David D. Bird, Clerk

Dated: 6/26/13

(VAN−038)