UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| POWERWAVE TECHNOLOGIES, INC., | : Case No. 13-10134 (MFW) |
| | : |
| Debtor. | : **Related Docket No. 750** |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CIARDI CIARDI & ASTIN AS SPECIAL COUNSEL TO THE CHAPTER TRUSTEE, *NUNC PRO TUNC* TO JULY 22, 2013

Upon the application of the Chapter 7 Trustee, seeking approval to retain Ciardi Ciardi & Astin ("Ciardi") as special counsel, and upon the Declaration of Daniel K. Astin, Esq. and it appearing that Ciardi does not hold or represent any interest adverse to the Debtor and is a disinterested person within the meaning of 11 U.S.C. §101(14) and §327; and for good cause shown it is

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Pursuant to section 327(a) of the Bankruptcy Code, the Chapter 7 Trustee is authorized to retain and employ Ciardi as his special counsel, *nunc pro tunc* to July 22, 2013, on the terms and conditions set forth in the Application.

3. Ciardi shall be compensated as per the terms in the Application and in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules, the Guidelines and any other procedures as may be fixed by order of this Court.

Dated: Sept. 16, 2013
Wilmington, Delaware

THE HONORABLE MARY J. WALRATH
UNITED STATES BANKRUPTCY JUDGE

ME1 16435472v.1