**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| POWERWAVE TECHNOLOGIES, INC., | : Case No. 13-10134 (MFW) |
| | : |
| Debtor. | : **Related Docket No. 872** |

**ORDER APPROVING THE PRIVATE SALE OF CERTAIN INVENTORY**
**FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**

Upon the motion (the "Motion") of Charles A. Stanziale, in his capacity as the Chapter 7 Trustee (the "Chapter 7 Trustee") of Powerwave Technologies, Inc. (the "Debtor"), by and through his counsel McCarter & English, LLP, for entry of an order approving the private sale of certain inventory free and clear of liens, claims, encumbrances and interests to Advanced MP Technology ("Advanced MP"); and it appearing that proper and sufficient notice of the Motion and proposed sale has been given in accordance with the applicable Federal Rules of Bankruptcy Procedure including, but not limited to, Bankruptcy Rule 2002; and the Court having conducted a hearing on the Motion (the "Sale Hearing"); and the Court having reviewed and considered the Motion, any opposition thereto, and the arguments of counsel at the Sale Hearing; and the Court having heard and considered competing offers, if any; and it appearing that the offer accepted by the Chapter 7 Trustee is the highest and best offer received for set forth in the Inventory[1] which is annexed to the Motion as Exhibit A; and the Court having determined that the successful purchaser of the Inventory is a good faith purchaser in accordance with 11 U.S. C. § 363(m); and it appearing that the relief provided in this Order is in the best interest of the Debtor, its estate, the creditors thereof and all other parties in interest; and for other good and sufficient cause appearing therefore:

THIS COURT HEREBY FINDS THAT:

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion

ME1 19247444v.1

A. This Court has jurisdiction to consider the Motion and approve the sale under 28 U.S.C. § 1334 and § 157 and 11 U.S.C. § § 363 and 105(a);

B. Due and proper notice of the Motion has been given in accordance with the 11 U.S.C. § 102(1) and § 363(b), all Federal Rules of Bankruptcy Procedure including, but not limited to, Bankruptcy Rule 2002 and all Local Bankruptcy Rules of Practice, and such notice is reasonable and proper under the circumstances;

C. The sale of the Inventory that are the subject of this Motion is in the best interest of the Debtor's estate and the creditors thereof and is supported by good business reasons;

D. The sale of the Inventory that are the subject of this Motion may be effectuated pursuant to 11 U.S.C. § § 363 (b), (f) and 105(a);

E. The consideration to be paid by Advanced MP represents the best price obtained for the Inventory;

F. The terms of sale of the Inventory that are the subject of this Motion have been negotiated by the parties at arms' length and Advanced MP has acted as a good faith purchaser in accordance with 11 U.S.C. § 363 (m); and

G. Notwithstanding Bankruptcy Rule 6004(h), this Order shall not be stayed for fourteen (14) days after the entry hereof, and this Order shall be effective and enforceable immediately upon signature hereof.

IT IS HEREBY ORDERED that:

1. The Motion be and hereby is GRANTED in all respects.

2. The Chapter 7 Trustee be and is hereby authorized and directed to immediately sell, convey and transfer all of the Debtor's right, title and interest in and to all of the Inventory set forth on <u>Exhibit A</u> annexed to the Motion, to Advanced MP or its assignee or designee, in

ME1 19247444v.1

accordance with the terms and conditions more fully set forth in the Motion, pursuant to Sections 105(a) and 363(b)(f) and (m) of the Bankruptcy Code.

3. The sale of the Inventory authorized in decretal paragraph 2 above, shall be and is hereby declared to be made free and clear of all existing liens, claims, interests, and encumbrances with all liens, claims, interests and encumbrances to attach to the proceeds of the sale, if any, in the same order and priority, in accordance with Section 363(b), (f) and (m) of the Bankruptcy Code.

4. Upon entry of this Order any proof of claim filed by Advanced MP shall be deemed expunged.

5. The Chapter 7 Trustee be and hereby is authorized, empowered and directed to execute, implement, deliver and fully perform any and all instruments and documents reasonably necessary, customary or appropriate to the performance of the obligations as contemplated by the provisions of this Order.

Dated: Dec. 2, 2014
Wilmington, Delaware

THE HONORABLE MARY J. WALRATH
UNITED STATES BANKRUPTCY JUDGE

ME1 19247444v.1