## EXHIBIT A

| CHECK NO. | CHECK DATE | CLEAR DATE | AMOUNT |
|---|---|---|---|
| ACH | 11/06/12 | 11/06/12 | 25,265.00 |
| **TOTAL:** | | | **$25,265.00** |

ME1 18433217v.1