# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Case No. 13-10134 (MFW) |
| POWERWAVE TECHNOLOGIES, INC., : | Chapter 7 |
| Debtor. : | **Hearing Date: October 14, 2015 @ 2:00 p.m.** |
| : | **Obj. Deadline: October 7, 2015 @ 4:00 p.m.** |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Powerwave Technologies, Inc., : | |
| Plaintiff, : | |
| v. : | Adv. Proc. Nos: |
| NexvisionIX : | 15-50094-MFW |
| NXVT Group : | 15-50103-MFW |
| Tafapolsky & Smith LLP : | 15-50114-MFW |
| Defendants. : | |

## NOTICE OF TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENTS OF ASSERTED PREFERENCE CLAIMS PURSUANT TO FED. R. BANKR. P. 9019

**PLEASE TAKE NOTICE** that on September 22, 2015, Charles A. Stanziale, Jr., as Chapter 7 Trustee (the "Chapter 7 Trustee") for Powerwave Technologies, Inc. filed the *Trustee's Motion for Approval of Settlements of Asserted Preference Claims Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so actually received by the undersigned counsel for the Chapter 7 Trustee on or before **October 7, 2015, at 4:00 p.m**. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Motion may be held before the Honorable Mary F. Walrath in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801, on **October 14, 2015, at 2:00 p.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

| | |
|---|---|
| Dated: September 23, 2015<br>Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>By: */s/ William F. Taylor, Jr.*<br>William F. Taylor, Jr. (DE #2936)<br>Kate R. Buck (DE #5140)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone (302) 984-6300<br>Facsimile (302) 984-6399<br>wtaylor@mccarter.com<br>kbuck@mccarter.com<br><br> -  and  -<br><br>Charles A. Stanziale, Jr., Esq.<br>Clement J. Farley, Esq.<br>Jeffrey T. Testa, Esq.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br><br>*Attorneys for the Chapter 7 Trustee* |