# **PROPOSED FORM OF ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 13-10134 (MFW) |
| | : | |
| POWERWAVE TECHNOLOGIES, INC., | : | Chapter 7 |
| | : | |
| Debtor. | : | **Related Document No. ___** |
| | : | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Powerwave Technologies, Inc., | : : : : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. Nos: |
| | : | |
| NexvisionIX | : | 15-50094-MFW    **Related Document No. ___** |
| NXVT Group | : | 15-50103-MFW    **Related Document No. ___** |
| Tafapolsky & Smith LLP | : | 15-50114-MFW    **Related Document No. ___** |
| | : | |
| Defendants. | : | |

**ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENTS OF ASSERTED PREFERENCE CLAIMS PURSUANT TO FED. R. BANKR. P. 9019**

Upon consideration of the motion (the "Motion") filed by Charles A. Stanziale, Jr., (the "Trustee"), the Chapter 7 Trustee of the estates of Powerwave Technologies, Inc. (the "Debtor"), through his attorneys, for approval pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 105, of the Trustee's Preference Claim Settlements[1] with NexvisionIX, NXVT Group ("NXVT"), and Tafapolsky & Smith LLP ("Tafapolsky", and collectively with NexvisionIX and NXVT, the "Settling Parties"); and the Bankruptcy Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and that this matter is a core proceeding as that term is defined in 28 U.S.C. § 157(b)(2); and the Bankruptcy Court further finding that notice of the Motion and the hearing on the Motion was served on the Settling Parties or counsel to the Settling Parties, and all persons and entities who have requested notice pursuant to Bankruptcy Rule 2002 more than twenty (20) days prior to the hearing on the

---

[1] Capitalized terms used herein shall have the meaning given in the Motion unless otherwise noted.

ME1 21127546v.1

Motion, which notice is adequate and appropriate under the circumstances and no other or further notice is necessary or required under the circumstances; and the Bankruptcy Court further finding that good and sufficient cause exists for granting the relief requested in the Motion; therefore, after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted in its entirety;

2. The Preference Claim Settlements are approved;

3. The Trustee is authorized and empowered to take such actions as may be reasonably necessary to implement and effectuate the terms of the Preference Claim Settlements; and

4. The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Preference Claim Settlements approved herein.

Dated: _____, 2015
      Wilmington, DE

                                                           The Honorable Mary F. Walrath
                                                           United States Bankruptcy Judge