
## CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., hereby certify that on September 23, 2015, I caused a true and correct copy of the foregoing *Trustee's Motion for Approval of Settlements of Asserted Preference Claims Pursuant to Fed. R. Bankr. P. 9019* to be served on the Rule 2002 service list by U.S. Mail, postage pre-paid, and also on the additional parties of interest set forth below via electronic mail and U.S. Mail, postage pre-paid.

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)

*NexvisionIX and NXVT Group*
Sean A. O'Keefe, Esq.
O'Keefe & Associates Law Corporation, P.C.
4675 MacArthur Court
Suite 550
Newport Beach, CA 92660
sokeefe@okeefelc.com

*Tafapolsky & Smith LLP*
John Demmy, Esq.
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801
JDD@stevenslee.com

*Tafapolsky & Smith LLP*
J. Anthony Smith, Esq.
555 W. Fifth Street
Suite 4510
Los Angeles, CA 90013
smith@tandslaw.com

**POWERWAVE TECHNOLOGIES, INC.**
**SERVICE LIST**
**123314-1**

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Jared Zajac
Proskauer Rose LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299

Mark K. Thomas
Proskauer Rose LLP
Three First National Plaza
Chicago, IL 60602

Jeffrey E. Bjork
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Michael G. Burke
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

M. Blake Cleary
Young, Conaway, Stargatt & Taylor
1000 North King Street
Wilmington, DE 19801

AT&T Services Inc.
James W. Grudus, Esquire
One AT&T Way, Room 3A218
Bedminster, NJ 07921

Alston & Bird LLP
William S. Sugden, Esquire
1201 West Peachtree Street
Atlanta, GA 30309

BMO Harris Bank, NA
c/o Becket and Lee LLP
P.O. 3001
Malvern, PA 19355-0701

Blank Rome LLP
Michael D. DeBaecke, Esquire
1201 Market Street, Suite 800
Wilmington, DE 19801

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Gerald H. Gline, Esquire
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800

Buchalter Nemer, A Professional Corporation
Shawn M. Christianson, Esquire
55 Second Street, 11th Floor
San Francisco, CA 94105-3493

Belvedere Legal, APC
Matthew D. Metzger
605 Market Street, Suite 505
San Francisco, CA 94105

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Steve G. Polard, Esquire<br>865 South Figueroa Street<br>Los Angeles, CA 90017-2566 | Brown Stone Nimeroff, LLC<br>Jami Nimeroff, Esquire<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |
| Ashby and Geddes PA<br>William P. Bowden Esquire<br>500 Delaware 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Cowles & Thompson, PC<br>Stephen C Stapleton<br>901 Main Street, Suite 3900<br>Dallas, TX 75202 |
| Blank Rome LLP<br>Charles R. Wolfe, Jr. Esquire<br>Watergate<br>600 New Hamshire Avenue NW<br>Washington, DC 20037 | Drinker Biddle & Reath LLP<br>Howard A. Cohen Esquire<br>222 Delaware Ave., Ste. 1410<br>Wilmington, DE  19801-1621 |
| Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Norman L. Pernick, Esquire<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280 |
| Delaware Dept. of Justice<br>Attn: Bankruptcy Dept.<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801 | Halperin Battaglia Raicht, LLP<br>Walter Benzija, Esquire<br>Jocelyn Keynes Szekretar, Esquire<br>Ligee Gu, Esquire<br>40 Wall Street- 30th Floor<br>New York, NY 10005 |
| Deutsche Bank Trust Co. America<br>Attn: Stanley Burg<br>100 Plaza One, 6th Floor<br>MS JCY03 0699<br>Jersey City, NJ 07311 | Donahue Gallagher Woods LLP<br>Eric A. Handler<br>1999 Harrison Street, 25th Floor<br>Oakland, CA 94612-3520 |
| Dun & Bradstreet<br>c/o Receivable Management Services<br>Attn: Ronald L. Rowland, Agent<br>307 International Circle, Suite 270<br>Hunt Valley, MD 21030 | DuPont Pension Trust<br>Attn: Roman Fedorak<br>1 Righter Pkwy.<br>Wilmington, DE 19803 |

| | |
|---|---|
| Fulbright and Jaworski LLP<br>David A. Rosenzweig Esquire<br>666 Fifth Avenue<br>New York, NY 10103 | Greenberg & Bass, LLP<br>Robert D. Bass Esquire<br>16000 Ventura Boulevard, Suite 1000<br>Encino, CA 91436 |
| Drinker Biddle & Reath LLP<br>Robert K. Malone, Esquire<br>Brian P. Morgan, Esquire<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | Kleinheinz Capital Patiners<br>Attn: Marshall Cowden<br>301 Commerce Street, Suite 1900<br>Fort Worth, TX 76107 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | Los Angeles County Tax Collector<br>P.O. Box 54110<br>Los Angeles, CA 90051 |
| Holland & Hart LLP<br>Risa Lynn Wolf-Smith<br>555 Seventeenth Street, Suite 3200<br>Denver, CO 80202 | Office of the United States Trustee Delaware<br>David L. Buchbinder<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia, PA 19104 | Reed Smith LLP<br>Douglas G. Boven, Esquire<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659 |
| Lee & OhAPLC<br>Attn: Daniel S. H. Lee Esquire<br>3580 Wilshire Boulevard, Suite 1050<br>Los Angeles, CA 90010 | Knobbe Martens Olson & Bear LLP<br>Attn: Catherine 1. Holland<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 |
| Morris James LLP<br>Carl N. Kunz, III, Esquire<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Mintz, Levin, Cohn, Ferris, Glovsky and<br>Popeo, P.C.<br>Richard E. Mikels, Esquire<br>Ella Shenhav, Esquire<br>One Financial Center<br>Boston, MA 02111 |

ME1 15906014v.1

Case 13-10134-MFW    Doc 1095-3    Filed 09/23/15    Page 5 of 6

Orion Management, LLC
Attn: Timothy Britell
8003 Forbes Place, Suite 100
Springfield, VA 22151

Office of the US Attorney General
Joseph R Biden III
Carvel State Office Building
820 N French Street
Wilmington, DE 19801

Iron Mountain Information Management, LLC
Joseph Corrigan
745 Atlantic Avenue, 10th Floor
Boston, MA 02111

Linebarger Goggan Blair & Sampson, LLP
Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Sasco Electric Inc.
c/o Glenn R. Nelson
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, W A 98101

Morris Nichols Arsht & Tunnell LLP
Gregory W. Werkheiser, Esquire
Tamara K. Minott, Esquire
1201 North Market Street
Wilmington, DE 19801

Stevens Global Logistics, Inc.
Thomas Petrizzio
3700 Redondo Beach A venue
Redondo Beach, CA 90278

P Wave Holdings LLC as Agent
c/o Gores Technology Group
9800 Wilshire Boulevard
Beverly Hills, CA 90024-4373

Riddell Williams P.S.
Joseph E. Shickich, Jr., Esquire
1001 - 4th Avenue, Suite 4500
Seattle, W A 98154

Richards Layton and Finger PA
John H Knight, Esquire
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Sanmina Corporation
Attn: Edward T. Attanasio, Esquire
2700 North First Street
San Jose, CA 95134

Roger L. Stanard, Esquire
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367

Travelers National Accounts
Attn: Chantel Y. Pinnock
One Tower Square, 9CR
Hartford, CT 06183

ME1 15906014v.1

| | |
|---|---|
| Securities and Exchange Commission<br>Daniel M. Hawke, Regional Director<br>The Mellon Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1532 | Weil Gothshal and Manges LLP<br>Martin A. Sosland, Esquire<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201 |
| Riverside Claims LLC<br>Neil Herskowitz<br>2109 Broadway<br>Suite 206<br>New York, NY 10023 | The Comptroller of Public Accounts of The State of Texas<br>Jay W. Hurst, Assistant Attorney General<br>Bankruptcy and Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Sheppard Mullin Richter & Hampton LLP<br>Edward H. Tillinghast, III, Esquire<br>Andrea Ravich, Esquire<br>30 Rockefeller Plaza<br>New York, NY 10112 | Weil Gothshal and Manges LLP<br>Joseph H. Smolinsky, Esquire<br>Lee Jason Goldberg, Esquire<br>767 Fifth Avenue<br>New York, NY 10153 |
| Tenessee Department of Labor & Workforce Dev-Unemployment Insurance<br>c/o TN Attorney General's Office, Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Wilmington Trust, National Association<br>Attn: Julie J. Becker<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 |
| Wagonheim Law<br>Michael J. Lentz<br>303 International Circle, Suite 390<br>Hunt Valley, MD 21030 | US Attorney for Delaware<br>Charles Oberly c/o Ellen Slights<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 |
| Syrma Technology Private Limited<br>c/o Matthew D. Metzger<br>605 Market Street, Suite 505<br>San Francisco, CA 94105 | Amish R. Doshi, Esquire<br>Magnozzi & Kye, LLP<br>23 Green Street, Suite 203<br>Huntington, NY 11743 |
| Jim Hunter<br>Relationship Manager, Client Services<br>Computershare<br>330 N. Brand Blvd. Suite 701<br>Glendale CA 91203-23891 | Jiyoung Kym, Esquire<br>3345 Wilshire Boulevard, Suite 810<br>Los Angeles, CA 90010 |