# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 13-10134 (MFW) |
| POWERWAVE TECHNOLOGIES, INC., | Chapter 7 |
| Debtor. | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Powerwave Technologies, Inc., | Adv. Proc. No. 15-50085-MFW |
| Plaintiff, | |
| v. | |
| Superior Technical Resources, Inc. | |
| Defendant. | |

## STATUS REPORT

The Plaintiff, Charles A. Stanziale, Jr., in his capacity as the Chapter 7 Trustee of Powerwave Technologies, Inc., hereby files the following status report: Defendant's motion for summary judgment was denied, and it subsequently filed a motion to reopen discovery. The Plaintiff filed opposition to same, and the matter is pending.

Dated: May 8, 2018
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

/s/ Kate R. Buck
Kate R. Buck (DE #5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
kbuck@mccarter.com

- *and* -

ME1 27022950v.1

Charles A. Stanziale, Jr., Esquire
Clement Farley, Esquire
Jeffrey T. Testa, Esquire
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*