# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Case No. 13-10134 (MFW) |
| POWERWAVE TECHNOLOGIES, INC., | : | Chapter 7 |
| Debtor. | : |  |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION AUTHORIZING THE RETURN OF FUNDS TO THE BANKRUPTCY ESTATE

I, Kate Roggio Buck, an attorney with McCarter & English LLP, counsel for Charles A. Stanziale, Jr., as Chapter 7 Trustee (the "Trustee") for the above-referenced debtor (the "Debtor"), hereby certify the following:

1. On January 28, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

2. On May 30, 2013, the Debtor filed a motion to, among other things, convert this case to a case under Chapter 7 of the Bankruptcy Code.

3. On June 11, 2013, an Order was entered converting the Debtor's Chapter 11 bankruptcy case to a case under Chapter 7 of the Bankruptcy Code.

4. On June 11, 2013, a Notice of Appointment was filed by the Office of the United States Trustee appointing Charles A. Stanziale, Jr., as Chapter 7 Trustee with regard to the Debtor's case.

5. Prior to the Petition Date, Wells Fargo issued certain letters of credit at the request of the Debtor (the "L/Cs"). One of the L/Cs was issued by Wells Fargo pursuant to a

direct request from the Debtor. Deutsche Bank was the beneficiary of this L/C (the "Deutsche Bank L/C").

6. The terms pursuant to which the Deutsche Bank L/C was issued imposed on the Debtor an obligation to reimburse Wells Fargo or WFCF for any amounts drawn on the Deutsche Bank L/C and for other relief.

7. On August 9, 2013, the Trustee, Wells Fargo Bank, N.A. ("WF Bank") and Wells Fargo Capital Finance, LLC ("WFCF" and collectively with WF Bank, "Wells Fargo" and collectively with the Trustee, the "Parties") entered into a *Stipulation for Relief from the Automatic Stay, Release of Cash Collateral and Exercise of Right of Setoff* (the "Stipulation") (Doc. No. 735).

8. The Stipulation was necessary for Wells Fargo to reimburse itself for the draw made by Deutsche Bank on the Deutsche Bank L/C.

9. Deutsche Bank has since returned to Wells Fargo the proceeds of the Deutsche Bank L/C draw in the amount of €445,000 Euros(the "Proceeds").

10. Wells Fargo does not claim entitlement to these Proceeds and desires the Proceeds to be turned over to the rightful owner.

11. The Parties have stipulated to the turnover of the Proceeds as reflected in the *Stipulation Authorizing the Return of Funds to the Bankruptcy Estate* (the "Stipulation") attached hereto as **Exhibit A**.

WHEREFORE, the Plaintiff respectfully requests that this Court enter the *Order Approving Stipulation Authorizing the Return of Funds to the Bankruptcy Estate* attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated: December 4, 2018<br>Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>By: */s/ Kate Roggio Buck*<br>Kate Roggio Buck (DE# 5140)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399<br>kbuck@mccarter.com<br><br> *- and -*<br><br>Jeffrey T. Testa, Esq.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br>jtesta@mccarter.com<br><br>*Counsel for the Chapter 7 Trustee* |

ME1 28099828v.3