# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 13-10134 (MFW) |
| POWERWAVE TECHNOLOGIES, INC., | : | Chapter 7 |
| Debtor. | : | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Powerwave Technologies, Inc., | : | Adv. Proc. No. 15-50085-MFW |
| Plaintiff, | : | |
| v. | : | |
| Superior Technical Resources, Inc. | : | |
| Defendant. | : | |

## STATUS REPORT

The Plaintiff, Charles A. Stanziale, Jr., in his capacity as the Chapter 7 Trustee of Powerwave Technologies, Inc. (the "Trustee"), hereby files the following status report: The Trustee and Defendant Superior Technical Resources, Inc. have reached a settlement. The *Trustee's Motion for Approval of Settlement of Asserted Preference Claims Pursuant to Fed. R. Bankr. P. 9019* was filed on March 28, 2019, and is pending approval by the Bankruptcy Court.

Dated: March 28, 2019
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

*/s/ Kate R. Buck*
Kate R. Buck (DE #5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
kbuck@mccarter.com

- and -

Jeffrey T. Testa, Esquire
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*

ME1 30011604v.1