IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| POWERWAVE TECHNOLOGIES, INC., | Case No. 13-10134 (MFW) |
| Debtor. | |

**TRUSTEE'S STATUS REPORT**

Charles A. Stanziale, Jr., chapter 7 trustee ("Trustee") for the bankruptcy estate of the above-captioned debtor, by and through his counsel, hereby files the following status report:

As a result of tax law changes enacted under the Tax Cuts and Jobs Act, the corporate alternative minimum tax ("AMT") for the tax years beginning after December 31, 2017 was repealed and corporate taxpayers with AMT credit carryovers became eligible to obtain a partial refund for their AMT credit carryovers regardless of their current year's income. Because Powerwave was subject to AMT tax in prior years, Powerwave became eligible for the partial refund of its AMT credit carryover for refund for tax years 2018 through 2021. The Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") enacted in March 2020, subsequently amended the AMT refund provision to allow for the immediate refund of the AMT credit carryover. The Trustee, in conjunction with his retained accounting firm filed the Debtor's AMT refund claims with the Internal Revenue Service, and the funds were received.

The Trustee is also in the process of reviewing, negotiating and if necessary objecting to certain claims. Given the massive nature of this proceeding, its international scope and issues which arose with regard to the Covid-19 pandemic, the Trustee is continuing this process and additional motions may be filed in the next 90 days.

Pursuant to the Order Approving and Authorizing the Transaction Agreement with Cognition Systems, LLC and Granting Related Relief [Docket No. 1174, Filed March 1, 2016], the Trustee entered into an agreement with Cognition Systems, LLC ("CogSys") to pursue the commercialization of a mobile voice and data transmission system for point to point use without

ME1 44595792v.1

the need for cell towers ("Cognition Systems Technology"). The technology for Powerwave's mobile voice and data transmission system was in the developmental stage and was not operational at the Petition Date. Pursuant to Court Order, the Trustee sold the Cognition Systems technology to CogSys for CogSys to complete its development and bring to market communication systems using the Cognition Systems Technology as the product platform. Under the Transaction Agreement with CogSys, the Debtor is to receive 35% of the revenue derived from the licensing or sale of the Cognition Systems Technology.

As of the date of this Status Report, the Cognition Systems Technology has not generated sufficient interest to fund the development required to bring it to market. The Trustee believes that the generation of revenue from the Transaction Agreement, if any, may take a significant period of time, which may result in having to turn to alternate means to administer this asset, which he will do if he is not advised that the necessary funding is obtained in the next 90 days.

The Trustee will be in a position to file a Trustee Final Report once all possible funds are recovered and a final tax return is filed.

Dated:  April 24, 2023  
        Wilmington, Delaware

McCARTER & ENGLISH, LLP

By:  */s/ Shannon D. Humiston*  
Shannon D. Humiston (No. 5740)  
The Renaissance Centre  
405 North King Street, 8th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6300  
Facsimile: (302) 984-6399  
Email: shumiston@mccarter.com  
*Counsel for Ch. 7 Trustee*

- and –

Charles A. Stanziale, Jr., Trustee  
347 Mt. Pleasant Avenue  
Suite 200  
West Orange, New Jersey 07052  
Telephone: (201) 306-0066  
Email: cstanziale@chas-law.com  
*Ch. 7 Trustee*

ME1 44595792v.1